NATIONAL BANK & TRUST COMPANY OF GLOUCESTER
COUNTY v. HENRY A. FEINBERG.

September 2, 1981.

Petition for certification denied.

STATE OF NEW JERSEY, DEPARTMENT OF ENVIRONMENTAL
PROTECTION v. FLORENCE LAND RECONTOURING, INC.

September 2, 1981.

Petition for certification denied.

MASON SENNETT WYE v. FRANCES ANN THOMPSON WYE.

September 2, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. DONALD BUNTING.

September 2, 1981.

Petition for certification denied.